-------- Original Message --------
Subject: eFOIA Request Received
Date: 2023-04-20 13:01
From: efoia@subscriptions.fbi.gov
To: mkittle@thestarnewsnetwork.com

ORGANIZATION REPRESENTATIVE INFORMATION

  Organization Name Prefix First Name Middle Name Last Name Suffix Email Phone Location

DOMESTIC ADDRESS

  Address Line 1 Address Line 2 City State Postal

AGREEMENT TO PAY

  How you will pay

I am requesting a fee waiver for my request and have reviewed the FOIA reference guide. If my fee waiver is denied, I am willing to pay additional fees and will enter that maximum amount in the box below.
Allow up to $

PROOF OF AFFILIATION FOR FEE WAIVER

  Waiver Explanation

I am a member of the news media reporting on a matter of utmost importance to my readers and the general public.
  Documentation Files

NON-INDIVIDUAL FOIA REQUEST

  Request Information

Dear FOIA Officer:

This is a request under the Freedom of Information Act.
I am requesting a copy of the following document: Audrey Hale's Manifesto related to the Nashville Covenant School Shooting on March 27, 2023. The record came into FBI's possession on or about that date. Media reports indicate that the report is in the possession of the FBI, specifically the Behavioral Analysis Unit.

The purpose of my request is not for commercial use, but as a member of the news media. I am a reporter employed by Star News Digital Media, Inc. I have been reporting on the events related to the shooting for The Tennessee Star.

The Manifesto is alleged to reveal the motivations of Audrey Hale. These motivations are not only relevant to my reporting, but important for public safety and therefore of intense national media interest. The release of these documents could not possibly interfere with any pending law enforcement proceedings, especially since the killer is deceased and the threat to the public has abated.

I am willing to pay the fees related to obtaining this document.

M.D. Kittle
National Political Editor
Star News Network
C - 608-445-0970
mkittle@thestarnewsnetwork.com

EXPEDITE

  Expedite Reason

This is a matter of utmost important to our readers and the general public.
It has been several weeks since the documents requested came into the possession of the FBI, raising questions and speculation in the public mind.
  **

  Please be advised that efoia@subscriptions.fbi.gov is a no-reply email address. Questions regarding your FOIA request may be directed to foipaquestions@fbi.gov. If you have received a FOIPA request number, please include this in all correspondence concerning your request.
Please note eFOIPA requests are processed in the order that they are received. If you have not received a FOIPA request number, your request is in the process of being opened at which time it will be assigned a FOIPA request number and correspondence will be forthcoming. **

  Upon receipt of your FOIPA request number, you may check the status of your FOIPA request on the FBI's electronic FOIA Library (The Vault) on the FBI's public website, http://vault.fbi.gov by clicking on the â€˜Check Status of Your FOI/PA Request tool link. Status updates are performed on a weekly basis. If you receive a comment that your FOIPA request number was not located in the database, please check back at a later date.