-------- Original Message --------
Subject: eFOIA Request Received
Date: 2023-04-24 23:59
From: efoia@subscriptions.fbi.gov
To: mkittle@thestarnewsnetwork.com

INDIVIDUAL INFORMATION

  Prefix First Name Middle Name Last Name Suffix Email Phone Location

DOMESTIC ADDRESS

  Address Line 1 Address Line 2 City State Postal

AGREEMENT TO PAY

  How you will pay

I am requesting a fee waiver for my request and have reviewed the FOIA reference guide. If my fee waiver is denied, I am willing to pay additional fees and will enter that maximum amount in the box below.
Allow up to $

PROOF OF AFFILIATION FOR FEE WAIVER

  Waiver Explanation

The purpose of my request is not for commercial use, but for use in reporting on news events of urgent interest to the public.
  Documentation Files

NON-INDIVIDUAL FOIA REQUEST

  Request Information

This is an updated request following rejection of my original expedited FOIA request, sent Thursday, April 20.

This is a request under the Freedom of Information Act. I am requesting a copy of the following records: the notes, journal entries, plans, letters, writings, or other documents making up what law enforcement officials have labeled as Audrey Hale's "manifesto" related to the Nashville Covenant School Shooting on March 27, 2023. During a press conference on that same day, Metropolitan Nashville Police Chief John Drake labeled these documents as a "manifesto," stating "we have a manifesto." On or about that same day, Nashville Police provided the FBI a copy of those documents for review, including review by the Behavioral Analysis Unit. For the purposes of this request, I will refer to this document or these groups of documents as the "manifesto."

The purpose of my request is not for commercial use, but for use in reporting on news events. Star News Digital Medial, Inc. owns and operates The Star News Network, a family of news websites, including The Tennessee Star. Michael Patrick Leahy is CEO, Editor-in-Chief and reporter. Matt Kittle is the National Political Director and also a reporter.

We are requesting expedited processing under two criteria.

First, we are requesting expedited processing under 28 CFR 16.5(e)(1)(ii).
Under this criteria, there is "an urgency to inform the public about an actual or alleged federal government activity, if made by a person primarily engaged in disseminating information." Here, the federal government activity is FBI's response to the Nashville Covenant Shooting. The public has an urgent right to know about the FBI's response to the incident, the FBI's handling of the manifesto, and the motivation of the shooter herself. We are "primarily engaged in disseminating information" as full-time reporters. Star News has reported on matters related to the Nashville Covenant School Shooting and plans to do so in the future.

Second, we are requesting expedited processing under 28 CFR 16.5(e)(1)(iv). Under this criteria, this is a "matter of widespread and exceptional media interest in which there exists possible questions about the government" integrity which affects public confidence." There is no doubt that this shooting is of "widespread and exceptional medial interest." National media outlets have covered this incident for weeks. Moreover, as reporters, we have a duty to report on the FBI's integrity. We plan to report on the FBI's delay in releasing this manifesto when, in many other recent circumstances, similar manifestos have been released.

For these two independently sufficient reasons, therefore, we request expedited processing of our request. We will pay fees associated with the release of these records, including reasonable copying costs.

Sincerely,
Michael Patrick Leahy
Matt Kittle
Star News Digital Media, Inc.
95 White Bridge Road, Ste 207,
Nashville, TN 37205

EXPEDITE

  Expedite Reason

As a news outlet, we are reporting on a matter of urgent public interest.
The immediate release of the information requested is necessary to the public's understanding of a troubling incident and for our overall coverage of federal law enforcement's conduct.
  **


  Please be advised that efoia@subscriptions.fbi.gov is a no-reply email address. Questions regarding your FOIA request may be directed to foipaquestions@fbi.gov. If you have received a FOIPA request number, please include this in all correspondence concerning your request.

Please note eFOIPA requests are processed in the order that they are received. If you have not received a FOIPA request number, your request is in the process of being opened at which time it will be assigned a FOIPA request number and correspondence will be forthcoming. **

   Upon receipt of your FOIPA request number, you may check the status of your FOIPA request on the FBI's electronic FOIA Library (The Vault) on the FBI's public website, http://vault.fbi.gov by clicking on the â€˜Check Status of Your FOI/PA Request tool link. Status updates are performed on a weekly basis. If you receive a comment that your FOIPA request number was not located in the database, please check back at a later date.