## Appeal Information

| | | | |
|---|---|---|---|
| Received Date | 04/25/2023 | Agency | OIP |
| | | Document Delivery Method | Email |

### Request Information expand_more

| | |
|---|---|
| Request Number | 1590230-000 |
| Component | FBI |
| Subject of Request | The notes, journal entries, plans, letters, writings, or other documents making up what law enforcement officials have labeled as Audrey Hale's 'manifesto' related to the Nashville Covenant School Shooting on March 27, 2023. |

### Basis for Appeal expand_more

| | |
|---|---|
| Description of Appeal | Freedom of Information Act Appeal |

Star News Digital Media, Inc., Michael Patrick Leahy, and Matt Kittle (collectively "Star News") hereby appeal the Federal Bureau of Investigation's (FBI) denial of its expedited public-records request dated April 20, 2023, as clarified on April 24, 2023 (FOIPA Request No.: 1590230-000). FBI denied this expedited request on April 25, 2023.

Star News requests expedited processing of this appeal for all the reasons stated in the April 24, 2023, clarification request.

BACKGROUND

1. On March 27, 2023, a former student shot through the doors of The Covenant School in Nashville and tragically killed three nine-year-old students and three adults--an administrator, a substitute teacher, and a custodian. According to news reports, the shooter elaborately planned the massacre with surveillance and a detailed map.

2. Yet the killer's motives remain unknown to the public. Law enforcement officers bravely entered the building and immediately confronted the shooter. Later identified as Audrey Hale, the 28-year-old female shooter was shot and killed by responding officers.

3. During a press conference that same day, Metropolitan Nashville Police Chief John Drake did not give a specific motive for the attack, but said "we

have a manifesto, we have some writings that we're going over that pertain to this date, the actual incident." See Jonathan Mattise, "Nashville shooter who drew maps, surveilled school," Associated Press, March 27, 2023, https://archive.ph/RhFoo. (For purposes of this appeal, the term "manifesto" will refer to journal entries, notes, plans, or other writings explaining Audrey Hale's motivations for the March 27 attack.)

4. Despite law enforcement's identification of the manifesto, it was not released to the public. Two days later, on March 29, The New York Post reported that the manifesto was in possession of the FBI's Behavioral Analysis Unit.

5. Days went by, and despite repeated promises by public officials that the manifesto would be released, it never was. The shooter is dead and no threat remains to the public related to the events of March 27. There is no criminal prosecution, investigation, or other legal proceeding. FBI is apparently attempting to interpret the manifesto, but at this point, interpreting or reviewing the manifesto is an academic exercise. In short, there is simply no reason why FBI cannot release the manifesto. In fact, in the most recent mass shootings involving FBI, manifestos were released to the press sometimes within hours of the attack. It has been long enough, and the public has an urgent right to know why this tragedy happened, how future events may be prevented, and what policies should be in place to address this and other similar tragedies. The FBI has no right to retain a monopoly on this information.

RECORDS REQUEST

6. Star News Digital Media, Inc. is a media and news company that owns and operates The Star News Network family of digital newspapers and Star News Radio. The company's headquarters are in Nashville, Tennessee.

7. Michael Patrick Leahy is the CEO, Editor-in-Chief, and majority owner of Star News Digital Media, Inc., which owns and operates a family of state-focused conservative news sites, including The Tennessee Star, The Ohio Star, The Michigan Star, The Minnesota Sun, The Virginia Star, The Georgia Star News, The Arizona Sun Times, The Florida Capital Star, The Wisconsin Daily Star, The Pennsylvania Daily Star, The Connecticut Star, and The Star News Network. He is also the host of The Tennessee Star Report with Michael Patrick Leahy.

8. Matt Kittle is an award-winning investigative reporter and 30-year veteran of print, broadcast, and online journalism. Kittle is The Star News Network's National Political Editor and a reporter. He has written for The Tennessee Star about matters related to the March 27 shooting in Nashville

and plans to report on the motivations of the shooting and the FBI's response and delay in releasing the manifesto.

9. On April 20, 2023, Star News requested a copy of the manifesto from the FBI. The request read as follows: "This is a request under the Freedom of Information Act. I am requesting a copy of the following document: Audrey Hale Manifesto related to the Nashville Covenant School Shooting on March 27, 2023. The record came into FBI's possession on or about that date. Media reports indicate that the report is in the possession of the FBI, specifically the Behavioral Analysis Unit. The purpose of my request is not for commercial use, but as a member of the news media. I am a reporter employed by Star News Digital Media, Inc. I have been reporting on the events related to the shooting for The Tennessee Star. The Manifesto is alleged to reveal the motivations of Audrey Hale. These motivations are not only relevant to my reporting, but important for public safety and therefore of intense national media interest. The release of these documents could not possibly interfere with any pending law enforcement proceedings, especially since the killer is deceased and the threat to the public has abated. I am willing to pay the fees related to obtaining this document." At this time, Star News also asked for expedited processing.

10. On April 24, 2023, FBI denied the request to expedite, stating that Star News had "not provided enough information concerning the statutory requirements permitting expedition."

11. On that same day, Star News clarified its request in two ways. First, Star News re-stated its request as follows: "I am requesting a copy of the following records: the notes, journal entries, plans, letters, writings, or other documents making up what law enforcement officials have labeled as Audrey Hale's 'manifesto' related to the Nashville Covenant School Shooting on March 27, 2023. During a press conference on that same day, Metropolitan Nashville Police Chief John Drake labeled these documents as a 'manifesto,' stating 'we have a manifesto.' On or about that same day, Nashville Police provided the FBI a copy of those documents for review, including review by the Behavioral Analysis Unit." Second, Star News added facts proving that Star News satisfied the criteria to expedite FOIA requests found at 28 C.F.R. 16.5(e)(1)(ii) & (iv). Star News also sent a copy of this request to the Office of Public Affairs, as required by those regulations.

12. On April 25, 2023, FBI denied the request. FBI's response gave the following reason: "5 U.S.C. § 522(b)(7)(A) exempts from disclosure: records or information compiled for law enforcement purposes, but only to the extent that the production of such law enforcement records or information ... could reasonably be expected to interfere with enforcement

proceedings." FBI further stated, "The records responsive to your request are law enforcement records; there is a pending or prospective law enforcement proceeding relevant to these responsive records, and release of the information could reasonably be expected to interfere with enforcement proceedings. Therefore, your request is being administratively closed."

13. FBI has never explained what "law enforcement proceeding" could possibly exist and how releasing the manifesto would "interfere" with such a proceeding.

14. Star News also requested a copy of the manifesto from the Nashville Police Department under Tennessee law, but that request was denied on March 24, 2023.

LEGAL BASIS OF APPEAL

15. Star News appeals FBI's denial under 5 U.S.C. § 552(a)(6)(A)(ii) and 28 C.F.R. 16.8.

16. "Public records by their very nature are of interest to those concerned with the administration of government, and a public benefit is performed by the reporting of the true contents of the records by the media. The freedom of the press to publish that information appears to us to be of critical importance to our type of government in which the citizenry is the final judge of the proper conduct of public business." Cox Broad. Corp. v. Cohn, 420 U.S. 469, 495 (1975).

17. The Freedom of Information Act (FOIA) requires federal agencies to provide access to all "records promptly available to any person," subject to certain exceptions. 5 U.S.C. § 552(a)(3)(A).

18. FOIA "represents a balance struck by Congress between the public's right to know and the government's legitimate interest in keeping certain information confidential." Ctr. for Nat'l Sec. Studies v. U.S. Dep't of Justice, 331 F.3d 918, 925 (D.C. Cir. 2003). Under FOIA, federal agencies must release records to the public upon request, unless one of nine statutory exemptions apply. See NLRB v. Sears, Roebuck & Co., 421 U.S. 132, 136 (1975); 5 U.S.C. § 552(b). To prevail in a FOIA case, a plaintiff must show that an agency has improperly withheld agency records. See Odland v. FERC, 34 F.Supp.3d 1, 13 (D.D.C. 2014). The defending agency must demonstrate that its search for responsive records was adequate, that any invoked exemptions actually apply, and that any reasonably segregable non-exempt information has been disclosed after redaction of exempt information. See id.

19. In this case, FBI invokes a single exception: 5 U.S.C. § 522(b)(7)(A). This exception provides that law enforcement records may be withheld if they "could reasonably be expected to interfere with enforcement proceedings."

20. "It is well recognized that, pursuant to this exemption, an agency may withhold documents stemming from an ongoing criminal investigation if disclosure would harm or interfere with a subsequent enforcement proceeding." Manna v. U.S. Dep't of Just., 815 F. Supp. 798, 805 (D.N.J. 1993), aff'd, 51 F.3d 1158 (3d Cir. 1995). The purpose of Exemption 7(A) is to protect FBI from being "hindered in their investigations or placed at a disadvantage when it came time to present their case." N.L.R.B. v. Robbins Tire & Rubber Co., 437 U.S. 214, 224 (1978). Foremost among the purposes of this exemption was to prevent "harm [to] the Government's case in court." Id.

21. None of these factors apply here. Under the language of the statute, there are no "enforcement proceedings" contemplated. The shooter is dead. No crime is being investigated that would lead to a criminal prosecution. Therefore, disclosure would not "harm the Government's case in court." Id. But even if one interpreted "enforcement proceedings" to include FBI's evaluation of a manifesto after the death of the assailant, it is hard to understand who allowing the public to see the manifesto would "interfere" with that investigation. Whatever "interference" exists must be supported by the FBI with evidence.

22. FBI has identified no legitimate reason why the public should be prohibited from seeing the manifesto. And FBI's own recent history demonstrates why there is no legitimate basis to withhold a manifesto from a deceased assailant.

23. On October 24, 2022, Orlando Harris killed two and injured seven people in St. Louis. FBI investigated the incident with other law enforcement authorities. The very next day, October 25, CNN obtained a copy of and reported on the details of his manifesto. See Holly Yan, St. Louis school shooter had an AR-15-style rifle, 600 rounds of ammo and a note saying 'I don't have any friends. I don't have any family,' police say, CNN.com, Oct. 25, 2022, https://archive.ph/DDdqw.

24. On November 22, 2022, Andre Marcus Bing killed seven people and injured four at a Walmart Supercenter in Chesapeake, Virginia. FBI investigated the incident with other law enforcement authorities. Within three days, the New York Times obtained the killer's manifesto. See J. David Goodman, Walmart Gunman Bought Pistol Hours Before Killing

and Left a "Death Note," New York Times, Nov. 25, 2022, https://archive.ph/MmfAx.

25. On February 13, 2023, Anthony Dwayne McRae killed five and injured three on the campus of Michigan State University. FBI and Michigan law enforcement authorities jointly investigated the incident. Approximately three weeks after the shooting, the Detroit News received a two-page handwritten manifesto describing his motives through a FOIA request. See Kim Kozlowski, Note written by MSU shooter asked 'why,' outlined other targets, The Detroit News, March 10, 2023, https://archive.ph/0bMd6.

26. FBI itself is proud of its history of releasing manifestos. In 1995, FBI famously released Ted Kaczynski's manifesto to The Washington Post, The New York Times, and Penthouse magazine. FBI brags about this history on its website. See FBI, Unabomber Bomb Shrapnel, https://www.fbi.gov/history/artifacts/unabomber-bomb-shrapnel.

27. One could speculate as to why FBI has released so many other manifestos, but not this one. But such speculation is unnecessary for the purposes of this appeal. The simple fact is that FBI has not justified its refusal to release this manifesto under FOIA.

REQUEST FOR RELIEF

Star News therefore requests the following relief:

A. Expedited consideration of this appeal for all the reasons stated in Star News' April 24, 2023, request clarifying its FOIA request and requesting expedited processing under 28 C.F.R. 16.5;

B. Waiver of all costs;

C. Immediate release of the manifesto.

Submitted on behalf of Star News by:

WISCONSIN INSTITUTE FOR LAW & LIBERTY, INC.
Daniel P. Lennington (WI Bar No. 1088694)
330 East Kilbourn Avenue, Suite 725
Milwaukee, WI 53202
Telephone: (414) 727-9455
Facsimile: (414) 727-6385
Dan@will-law.org

Attorney for Star News

| | |
|---|---|
| Based on Denial of Fee Waiver | No |
| Based on Denial of Expedited Processing | Yes |
| Requester Item Type 1 | Supplemental Information |
| Requester Items 1 | [FOIA 1 Request 1 4 20 23.pdf](FOIA 1 Request 1 4 20 23.pdf) |
| Requester Item Type 2 | Supplemental Information |
| Requester Items 2 | [FOIA 2 March 24 2023.pdf](FOIA 2 March 24 2023.pdf) |
| Requester Item Type 3 | Supplemental Information |
| Requester Items 3 | [FOIA March 25 denial.pdf](FOIA March 25 denial.pdf) |

**Requester Contact Information** expand_more

| | | | | |
|---|---|---|---|---|
| Salutation | | | Address Type | Work |
| First Name | Matt | | Country | United States |
| Middle Name | | | Address Line 1 | 95 White Bridge Road |
| Last Name | Kittle | | Address Line 2 | |
| Email Address | mkittle@thestarnewsnetwork.com | | City | Nashville |
| | | | State | Tennessee |
| Organization | Star News Digital Media, Inc. | | Zip/Postal Code | 37205 |
| Register Number | | | | |
| Phone Number | 608-445-0970 | | | |
| Fax Number | | | | |

Other Information

**Expedited Processing Information** expand_more

| | | | |
|---|---|---|---|
| Expedited Processing Requested? | Yes | Expedited Justification | Matt Kittle and Star News request expedited processing under two criteria. They explained their position as follows on March 24, 2023: |
| Expedited Processing Request Date | | | First, we are requesting expedited processing under 28 CFR 16.5(e)(1)(ii). Under this criteri[on] there is "an urgency to inform the public abou[t] an actual or alleged federal government activi[ty] if made by a person primarily engaged in disseminating information." Here, the federal government activity is FBI's response to the Nashville Covenant Shooting. The public has [an] urgent right to know about the FBI's response [to] the incident, the FBI's handling of the manifes[to] and the motivation of the shooter herself. The only evidence of the motivations for the Nashville Covenant School Shooting are contained in the manifesto. The public has a right to know, and an urgent right to know, wh[y] this shooting took place. If the public knows t[he] shooter's motivation, the public may take step[s] to keep itself safe in the event of future shootings. And the public also has an urgent right to know so that it may better inform publ[ic] safety policy choices. Unless and until the pub[lic] knows of the shooter's motivation(s), the publ[ic] will be ill-informed and unable to advocate fo[r] policy changes that will keep them safe. And until the public sees the manifesto, as explaine[d] in more detail below, the public will not know why FBI has taken so long to release this manifesto. As for the second part of this criter[ion] we are certainly "primarily engaged in disseminating information" as full-time reporters. Star News has reported on matters related to the Nashville Covenant School Shooting and plans to do so in the future.

Second, we are requesting expedited processi[ng] under 28 CFR 16.5(e)(1)(iv). Under this criter[ion] |
| Expedited Processing Determination | Moot | | |
| Standards for Expedition | 2. An urgency to inform the public about an actual or alleged Federal Government activity, if made by a person who is primarily engaged in disseminating information.<br>4. A matter of widespread and exceptional media interest in which there exist possible questions about the government's integrity that affect public confidence. | | |

this is a "matter of widespread and exceptional media interest in which there exists possible questions about the government's integrity which affects public confidence." There is no doubt that this shooting is of "widespread and exceptional medial interest." National media outlets have covered this incident for weeks. Moreover, as reporters, we have a duty to report on the FBI's integrity. We plan to report on the FBI's delay in releasing this manifesto when, in many other recent circumstances, similar manifestos have been released. On October 24, 2022, for example, Orlando Harris killed two and injured seven people in St. Louis. FBI investigated the incident with other law enforcement authorities. The very next day, October 25, CNN obtained a copy of and reported on the details of his manifesto. See Holly Yan, St. Louis school shooter had an AR-15-style rifle, 600 rounds of ammo and a note saying 'I don't have any friends. I don't have any family,' police say, CNN.com, Oct. 25, 2022, https://archive.ph/DDdqw. On November 22, 2022, for example, Andre Marcus Bing killed seven people and injured four at a Walmart Supercenter in Chesapeake, Virginia. FBI investigated the incident with other law enforcement authorities. Within three days, the New York Times obtained the killer's manifesto. See J. David Goodman, Walmart Gunman Bought Pistol Hours Before Killing and Left a "Death Note," New York Times, Nov. 25, 2022, https://archive.ph/MmfAx. On February 13, 2023, for example, Anthony Dwayne McRae killed five and injured three on the campus of Michigan State University. FBI and Michigan law enforcement authorities jointly investigated the incident. Approximately three weeks after the shooting, the Detroit News received a two-page handwritten manifesto describing his motives through a FOIA request. See Kim Kozlowski, Note written by MSU shooter asked 'why,' outlined other targets, The Detroit News, March 10, 2023, https://archive.ph/0bMd6. FBI itself is proud of its history of releasing

manifestos. In 1995, FBI famously released Ted Kaczynski's manifesto to The Washington Post, The New York Times, and Penthouse magazine. FBI brags about this history on its website. See FBI, Unabomber Bomb Shrapnel, https://www.fbi.gov/history/artifacts/unabomber-bomb-shrapnel. We can only report on FBI's motivations for delaying the release of the manifesto until we see the manifesto and learn about Audrey Hale's motivations. FBI's delay to date seriously undermines FBI's integrity, and this impacts public confidence. Several articles have already been written questioning FBI's integrity in its failure to release the manifesto, and public confidence has already been undermined. We want to write about this and cannot have a complete picture of the story until we see the manifesto.

For these two independently sufficient reasons, therefore, we request expedited processing of our request.