UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

STAR NEWS DIGITAL MEDIA, INC.,
MICHAEL PATRICK LEAHY,
and MATTHEW D. KITTLE,

        Plaintiffs,

v.

FEDERAL BUREAU OF INVESTIGATION,

        Defendant.

Case No. 3:23-cv-00467
Judge Aleta A. Trauger

**NOTICE OF SUMMONS**

Attached hereto for filing in the above-referenced case is a Summons for issuing by the clerk.

Dated this 18th day of May, 2023.

WISCONSIN INSTITUTE FOR
LAW & LIBERTY, INC.

s/ *Daniel P. Lennington*

Richard M. Esenberg (WI Bar No. 1005622)
Lucas T. Vebber (WI Bar No. 1067543)
Daniel P. Lennington (WI Bar No. 1088694)
330 East Kilbourn Avenue, Suite 725
Milwaukee, WI 53202
Telephone: (414) 727-9455
Facsimile: (414) 727-6385
Rick@will-law.org
Lucas@will-law.org
Dan@will-law.org

MCCLANAHAN & WINSTON, PC

s/ *Matthew J. McClanahan*
Matthew J. McClanahan (BPR #036867)
PO Box 51907
Knoxville, TN 37950
Telephone: (865) 347-3921
Facsimile: (865) 444-0786
matt@tennadvocate.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

Pursuant to L.R. 5.01 & 5.02, I certify that a copy of the foregoing notice will be served in accordance with Fed. R. Civ. P. 4 upon the following, along with the initiating documents in this case:

Office of the U.S. Attorney
Civil Process Clerk
719 Church St., Suite 3300
Nashville, TN 37203

Office of the Attorney General
of the United States
950 Pennsylvania Ave, N.W.
Washington, DC 20530-0001

Federal Bureau of Investigation
United States Department of Justice
935 Pennsylvania Avenue, NW
Washington, D.C. 20535-0001

s/ *Matthew J. McClanahan*
Matthew J. McClanahan
