Motion GRANTED IN PART - Extension to 7/3/2023.

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| STAR NEWS DIGITAL MEDIA, INC., MICHAEL PATRICK LEAHY, and MATTHEW D. KITTLE,<br><br>   *Plaintiffs,*<br><br>  v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>   *Defendant.* | Civil Action No. 3:23-cv-00467<br><br>Judge Aleta A. Trauger |

## MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Defendant, the Federal Bureau of Investigation ("FBI"), respectfully moves to extend the time to respond to Plaintiffs' early motion for summary judgment by one month, from June 15, 2023, to July 17, 2023, in this Freedom of Information Act ("FOIA") case. This is Defendant's first request to extend this deadline, and it will not affect any other set deadlines in this matter. Counsel for Defendant has conferred with counsel for Plaintiffs and is informed that, while Plaintiffs would consent to a motion for an extension of two weeks, Plaintiffs oppose the relief sought in this motion.

In support of this motion, Defendant states as follows:

1. Plaintiffs filed this action on May 10, 2023, ECF No. 1, and asserted that service was effectuated through certified mail sent on May 23, 2023, ECF No. 19 at 1. The United States Attorney's Office for the Middle District of Tennessee was not served with the complaint and summons until May 26, 2023. Defendant's response to the complaint is therefore not due until June 26, 2023. 5 U.S.C. § 552(a)(4)(C).