UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| STAR NEWS DIGITAL MEDIA, INC., MICHAEL PATRICK LEAHY, and MATTHEW D. KITTLE,<br><br>*Plaintiffs,*<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>*Defendant.* | Civil Action No. 3:23-cv-00467-AAT |

**JOINT MOTION FOR LEAVE TO CONSOLIDATE SUMMARY JUDGMENT BRIEFING, ENLARGE BRIEFING PAGE LIMITS, AND TO STAY ALL OTHER CASE DEADLINES**

Pursuant to Local Rule 7.01(a)(2), the Parties in the above-captioned Freedom of Information Act ("FOIA") case respectfully move for leave to file briefs exceeding the twenty (20) pages authorized by this Court, and to stay all other case deadlines.

Specifically, the Parties seek leave for: (1) Defendant to file a single, consolidated memorandum of law not to exceed twenty-five (25) pages in support of its cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment, ECF No. 20; (2) Plaintiffs to file within 21 days a single, consolidated memorandum of law not to exceed twenty-five (25) pages as a reply in support of their motion for summary judgment and in opposition to Defendant's cross-motion for summary judgment; and (3) Defendant to file within 7 days a reply not to exceed ten (10) pages in support of Defendant's cross-motion for summary judgment.

The Parties' proposed enlargement of the page limits is warranted given the circumstances of summary judgment in this FOIA action. Rather than require Defendant to file a memorandum of law in opposition to Plaintiffs' motion for summary judgment not to exceed twenty (20) pages and a second memorandum of law of equal length in support of Defendant's cross-motion for

summary judgment, Defendant seeks leave to file a single, consolidated brief that will result in fewer pages of submissions. The briefing proposal would similarly allow Plaintiffs to file a consolidated reply and opposition brief to avoid burdening the Court with a duplicative opposition and reply. Because FOIA cases are generally resolved on competing motions for summary judgment, *ACLU of Mich. v. FBI*, 734 F.3d 460, 465 (6th Cir. 2013), this consolidated briefing arrangement is standard in such cases. *See, e.g.*, *Leopold v. Dep't of Treas.*, 16-cv-1827, (Minute Order) (D.D.C Apr. 7, 2017) (directing similar consolidated briefing).

The Parties' request to stay all other case deadlines is also warranted. The current deadline for a Rule 26(f) conference is July 17, 2023, which falls in the middle of summary judgment briefing. Because the Parties believe that this FOIA case can be resolved on summary judgment, as FOIA cases generally are, *ACLU of Mich.*, 734 F.3d at 465, Party and judicial resources are best conserved by staying all other case deadlines.

Dated: June 29, 2023

Respectfully submitted,

WISCONSIN INSTITUTE FOR LAW &
LIBERTY, INC.

*s/ Daniel P. Lennington*
Richard M. Esenberg (admitted pro hac vice)
Daniel P. Lennington (admitted pro hac vice)
Lucas T. Vebber (admitted pro hac vice)
330 East Kilbourn Avenue, Suite 725
Milwaukee, WI 53202
Telephone: (414) 727-9455
Facsimile: (414) 727-6385
Rick@will-law.org
Dan@will-law.org
Lucas@will-law.org

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN

2

Case 3:23-cv-00467   Document 32   Filed 06/29/23   Page 2 of 4 PageID #: 167

Assistant Branch Director

*/s/ Alexander W. Resar*
ALEXANDER W. RESAR
New York Bar #: 5636337
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 616-8188
alexander.w.resar@usdoj.gov

HENRY C. LEVENTIS
United States Attorney
Middle District of Tennessee

ANICA C. JONES, B.P.R. # 025325
Assistant United States Attorney
United States Attorney's Office
719 Church Street, Suite 3300
Nashville, TN 37203
Telephone: (615) 736-5151
Email: anica.jones@usdoj.gov

*Counsel for Defendant*

3

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| STAR NEWS DIGITAL MEDIA, INC., MICHAEL PATRICK LEAHY, and MATTHEW D. KITTLE<br><br>*Plaintiffs,*<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>*Defendant.* | Civil Action No. 3:23-cv-00467-AAT |

    I hereby certify that on this date, I caused a true and correct copy of the Parties' joint motion to consolidate briefing and enlarge briefing page limits by filing it with the Court's CM/ECF system.

                                              /s/ Alexander W. Resar
                                              Trial Attorney
                                              U.S. Department of Justice

                                              *Counsel for Defendant*