UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**Motion GRANTED. ICMC CANCELLED.**

STAR NEWS DIGITAL MEDIA, INC.,
MICHAEL PATRICK LEAHY, and
MATTHEW D. KITTLE,

    *Plaintiffs,*

v.

FEDERAL BUREAU OF
INVESTIGATION,

    *Defendant.*

Civil Action No. 3:23-cv-00467-AAT

# JOINT MOTION FOR LEAVE TO CONSOLIDATE SUMMARY JUDGMENT BRIEFING, ENLARGE BRIEFING PAGE LIMITS, AND TO STAY ALL OTHER CASE DEADLINES

Pursuant to Local Rule 7.01(a)(2), the Parties in the above-captioned Freedom of Information Act ("FOIA") case respectfully move for leave to file briefs exceeding the twenty (20) pages authorized by this Court, and to stay all other case deadlines.

Specifically, the Parties seek leave for: (1) Defendant to file a single, consolidated memorandum of law not to exceed twenty-five (25) pages in support of its cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment, ECF No. 20; (2) Plaintiffs to file within 21 days a single, consolidated memorandum of law not to exceed twenty-five (25) pages as a reply in support of their motion for summary judgment and in opposition to Defendant's cross-motion for summary judgment; and (3) Defendant to file within 7 days a reply not to exceed ten (10) pages in support of Defendant's cross-motion for summary judgment.

The Parties' proposed enlargement of the page limits is warranted given the circumstances of summary judgment in this FOIA action. Rather than require Defendant to file a memorandum of law in opposition to Plaintiffs' motion for summary judgment not to exceed twenty (20) pages and a second memorandum of law of equal length in support of Defendant's cross-motion for