UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| STAR NEWS DIGITAL MEDIA, INC., MICHAEL PATRICK LEAHY, and MATTHEW D. KITTLE,<br><br>*Plaintiffs,*<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>*Defendant.* | Civil Action No. 3:23-cv-00467-AAT |

## DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, defendant, the Federal Bureau of Investigation, cross-moves for summary judgment on the sole cause of action stated in Plaintiffs' complaint. For the reasons explained in the accompanying memorandum of law, all records responsive to Plaintiffs' Freedom of Information Act request are exempt from disclosure under FOIA Exemption 7(A), 5 U.S.C. § 552(b)(7)(A). In the alternative, if the Court rejects Defendant's assertion of Exemption 7(A), the Court should grant partial summary judgment to allow Defendant to withhold portions of the responsive records under Exemptions 6, 7(C), and 7(F).

Dated: July 3, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Alexander W. Resar*
ALEXANDER W. RESAR
New York Bar #: 5636337
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch

1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 616-8188
alexander.w.resar@usdoj.gov

HENRY C. LEVENTIS
United States Attorney
Middle District of Tennessee

ANICA C. JONES, B.P.R. # 025325
Assistant United States Attorney
United States Attorney's Office
719 Church Street, Suite 3300
Nashville, TN 37203
Telephone: (615) 736-5151
Email: anica.jones@usdoj.gov

*Counsel for Defendant*

2

# CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2023, a copy of the foregoing was filed electronically. A copy will be sent to the following, if registered, by operation of the Court's electronic filing system. If not registered, a copy was sent by United States First Class Mail, postage prepaid, to the following:

| Daniel P. Lennington<br>Lucas T. Vebber<br>Richard M. Esenberg<br>Wisconsin Institute for Law & Liberty, Inc.<br>330 East Kilbourn Avenue, Suite 725<br>Milwaukee, WI 53202<br>Email: dan@will-law.org<br>Email: lucas@will-law.org<br>Email: rick@will-law.org | Matthew J. McClanahan<br>McClanahan & Winston PC<br>P.O. Box 51907<br>Knoxville, TN 37950<br>Email: matt@tennadvocate.com |
|---|---|

    /s/ Alexander W. Resar
Trial Attorney
U.S. Department of Justice

*Counsel for Defendant*