UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

STAR NEWS DIGITAL MEDIA, INC.,
MICHAEL PATRICK LEAHY,
and MATTHEW D. KITTLE,

    Plaintiffs,

v.

FEDERAL BUREAU OF INVESTIGATION,

    Defendant.

Case No. 3:23-cv-00467
Judge Aleta A. Trauger

**PLAINTIFFS' MOTION TO OPEN DISCOVERY FOR LIMITED PURPOSE,
SHORTEN DEFENDANT'S DEADLINE,
AND SUPPLEMENTAL BRIEFING**

Plaintiffs hereby move to open discovery for the limited purpose of serving a request for admission under Fed. R. Civ. P. 36 and an interrogatory under Fed. R. Civ. P. 33 to determine the authenticity of three images purportedly depicting three pages of the Nashville Shooter's Manifesto, which is the subject of this lawsuit. Plaintiffs further move that, under Fed. R. Civ. P. 36(a)(3) & 33(b)(2), Defendants' time for responding be shortened to five business days. The leaked documents are relevant to the disposition of this case and demonstrate that Defendant could have released a redacted portion of the Manifesto without jeopardizing a law enforcement investigation. Finally, Plaintiffs request that the Court permit each party permission to file a ten-page supplemental brief within one week of Defendant's response to the requests.

Good cause exists under Fed. R. Civ. P. 16 for this motion, as explained in the attached memorandum. Plaintiffs' counsel conferred with opposing counsel via email. This motion is opposed by Defendant.

Dated this 7th day of November, 2023.

>WISCONSIN INSTITUTE FOR
>LAW & LIBERTY, INC.
>
>s/ *Daniel P. Lennington*
>Richard M. Esenberg (WI Bar No. 1005622)
>Lucas T. Vebber (WI Bar No. 1067543)
>Daniel P. Lennington (WI Bar No. 1088694)
>330 East Kilbourn Avenue, Suite 725
>Milwaukee, WI 53202
>Telephone: (414) 727-9455
>Facsimile: (414) 727-6385
>Rick@will-law.org
>Lucas@will-law.org
>Dan@will-law.org
>
>Matthew J. McClanahan (BPR #036867)
>PO Box 51907
>Knoxville, TN 37950
>Telephone: (865) 347-3921
>Facsimile: (865) 444-0786
>matt@tennadvocate.com
>
>*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2023, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send notice to all attorneys of record.

>s/ *Daniel P. Lennington*
>Daniel P. Lennington