UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

---

STAR NEWS DIGITAL MEDIA, INC.,
MICHAEL PATRICK LEAHY,
and MATTHEW D. KITTLE,

    Plaintiffs,

v.

FEDERAL BUREAU OF INVESTIGATION,

    Defendant.

Case No. 3:23-cv-00467
Judge Aleta A. Trauger

## [Proposed] ORDER

Before the Court is Plaintiffs' motion to open discovery for the limited purpose of serving a request for admission under Fed. R. Civ. P. 36 and an interrogatory under Fed. R. Civ. P. 33 to determine the authenticity of three images purportedly depicting three pages of the Nashville Shooter's Manifesto. Plaintiffs have also moved to shorten Defendants' time to respond to the request for admission to five business days under Fed. R. Civ. P. 36(a)(3) and Fed. R. Civ. P. 33(b)(2). Finally, Plaintiffs request that the Court permit each party permission to file a ten-page supplemental brief within one week of Defendant's response. Good cause exists under Fed. R. Civ. P. 16 for this motion and the motion is **GRANTED**.

It is so ordered.

Dated:                                                             _____
                                                                                                    Judge Aleta A. Trauger