UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| STAR NEWS DIGITAL MEDIA, INC., MICHAEL PATRICK LEAHY, and MATTHEW D. KITTLE,<br><br>*Plaintiffs,*<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>*Defendant.* | Civil Action No. 3:23-cv-00467-AAT |

## NOTICE OF SUBMISSION OF DOCUMENTS FOR *IN CAMERA* REVIEW

Pursuant to this Court's Order dated March 15, 2024, ECF No. 42, the FBI notifies the Court that today, April 17, 2024, the FBI provided the requested records to the Court for its *ex parte*, *in camera* review.

The FBI also provides notice of a hearing in *Brewer v. Metro. Gov't of Nashville & Davidson Cnty.*, No. 23-0538-III (Nashville Ch. Ct.). *See* Declaration of Lieutenant Brent Gibson ("Gibson Decl."), ECF No. 34-4, ¶ 15. The petitioners in *Brewer* seek release of the "manifesto" at issue in this case, under the Tennessee Public Records Act, and the Metropolitan Nashville Police Department has provided a redacted version of the "manifesto" to that court. *See* ECF No. 25-1 at 3 (Metropolitan Government's Brief, *Brewer v. Metro. Gov't of Nashville & Davidson Cnty.*, No. 23-0538-III (Nashville Ch. Ct., May 30, 2023)); Gibson Decl. ¶ 15. The Nashville Chancery Court is scheduled to hear testimony and argument in that action on April 16 and 17, 2024. The FBI intends to update the Court on the outcome of that hearing, which may impact the FBI's position in this case.

Dated: April 17, 2024                         Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Alexander W. Resar*
ALEXANDER W. RESAR
New York Bar #: 5636337
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 616-8188
alexander.w.resar@usdoj.gov

HENRY C. LEVENTIS
United States Attorney
Middle District of Tennessee

ANICA C. JONES, B.P.R. # 025325
Assistant United States Attorney
United States Attorney's Office
719 Church Street, Suite 3300
Nashville, TN 37203
Telephone: (615) 736-5151
Email: anica.jones@usdoj.gov

*Counsel for Defendant*

2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| STAR NEWS DIGITAL MEDIA, INC., MICHAEL PATRICK LEAHY, and MATTHEW D. KITTLE<br><br>*Plaintiffs,*<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>*Defendant.* | Civil Action No. 3:23-cv-00467-AAT |

I hereby certify that on this date, I caused service of a true and correct copy of Defendant's Notice by filing it with the Court's CM/ECF system.

    /s/ Alexander W. Resar
Trial Attorney
U.S. Department of Justice

*Counsel for Defendant*