UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| STAR NEWS DIGITAL MEDIA, INC., MICHAEL PATRICK LEAHY, and MATTHEW D. KITTLE,<br><br>*Plaintiffs,*<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>*Defendant.* | Civil Action No. 3:23-cv-00467-AAT |

## NOTICE OF DECISION IN STATE COURT ACTION

On April 17, 2024, the FBI notified the Court of a hearing in *Brewer v. Metro. Gov't of Nashville & Davidson Cnty.*, No. 23-0538-III (Nashville Ch. Ct.), a case involving a request under the Tennessee Public Records Act for the "manifesto" at issue in the instant Freedom of Information Act case. The FBI stated that it would notify the Court of the outcome of that hearing and any impact on the FBI's position in this case.

On July 4, 2024, the court in *Brewer* issued a decision denying in full the public records request before it. The court held that none of the records in possession of the Metropolitan Government of Nashville—including the "manifesto" at issue here—could be disclosed to the plaintiff. A copy of the decision is attached hereto.

As the requested records were not publicly released in the State action, in full or in part, the FBI's position in this action has not changed, and it continues to seek summary judgment for the reasons set forth in its pending motion. *See* ECF Nos. 34, 38.

Dated: July 8, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Alexander W. Resar*
ALEXANDER W. RESAR
New York Bar #: 5636337
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 616-8188
alexander.w.resar@usdoj.gov

HENRY C. LEVENTIS
United States Attorney
Middle District of Tennessee

ANICA C. JONES, B.P.R. # 025325
Assistant United States Attorney
United States Attorney's Office
719 Church Street, Suite 3300
Nashville, TN 37203
Telephone: (615) 736-5151
Email: anica.jones@usdoj.gov

*Counsel for Defendant*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| STAR NEWS DIGITAL MEDIA, INC., MICHAEL PATRICK LEAHY, and MATTHEW D. KITTLE<br><br>    *Plaintiffs,*<br><br>    v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>    *Defendant.* | Civil Action No. 3:23-cv-00467-AAT |

    I hereby certify that on this date, I caused service of a true and correct copy of Defendant's Notice by filing it with the Court's CM/ECF system.

                                              /s/ Alexander W. Resar
                                              Trial Attorney
                                              U.S. Department of Justice

                                              *Counsel for Defendant*