UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| STAR NEWS DIGITAL MEDIA, INC., MICHAEL PATRICK LEAHY, and MATTHEW D. KITTLE,<br><br>   *Plaintiffs,*<br><br>    v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>   *Defendant.* | Civil Action No. 3:23-cv-00467-AAT |

## NOTICE OF RELEASE

  Defendant, the Federal Bureau of Investigation (FBI), submits this notice to inform the Court that today, April 17, 2025, the FBI released to Plaintiffs a redacted version of the records requested in this Freedom of Information Act (FOIA) proceeding. The redactions withhold names and identifying information of third parties under FOIA Exemptions 6 and 7(C) and detailed descriptions of the shooter's plans under FOIA Exemption 7(F). Plaintiffs in this action had previously stated that they were not seeking release of the information that will be withheld under Exemptions 6, 7(C), and 7(F). *See* Plfs.' Reply in Supp. of Mot. for Summ. J. at 12, ECF No. 35 ("Plaintiffs simply do not seek any such third-party information. To the extent FBI believes it was within our request, it could, presumably, be redacted."); *id.* at 12-13 ("Here again, such information [regarding the shooter's plans] is unrelated to the motives of the shooter, and would not fall within Plaintiffs' request. To the extent that FBI believes it was within our request, that information could presumably be redacted as well.").

  The FBI determined that release of the requested records was otherwise appropriate because the FBI is no longer asserting that the records should be categorically withheld under FOIA Exemption 7(A). Exemption 7(A) authorizes the withholding of records "compiled for law

enforcement purposes" where their release "could reasonably be expected to interfere with enforcement proceedings." 5 U.S.C. § 552(b)(7)(A). The FBI previously determined that release of the requested records would interfere with prospective enforcement proceedings when cross-moving for summary judgment on July 3, 2023, *see* Def.'s Mem. of Law in Supp. of Mot. for Summ. J, ECF No. 34-1. The FBI has now determined that its assertion of Exemption 7(A) is not necessary.

    The FBI intends to meet and confer with counsel for Plaintiffs regarding any remaining issues in this case.

Dated: April 17, 2025                    Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Alexander W. Resar*
ALEXANDER W. RESAR
New York Bar #: 5636337
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 616-8188
alexander.w.resar@usdoj.gov


ROBERT E. MCGUIRE
Acting United States Attorney
Middle District of Tennessee

ANICA C. JONES, B.P.R. # 025325
Assistant United States Attorney
United States Attorney's Office
719 Church Street, Suite 3300
Nashville, TN 37203
Telephone: (615) 736-5151
Email: anica.jones@usdoj.gov

*Counsel for Defendant*

3

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| STAR NEWS DIGITAL MEDIA, INC., MICHAEL PATRICK LEAHY, and MATTHEW D. KITTLE<br><br>*Plaintiffs,*<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>*Defendant.* | Civil Action No. 3:23-cv-00467-AAT |

I hereby certify that on this date, I caused service of a true and correct copy of Defendant's Notice by filing it with the Court's CM/ECF system.

    /s/ Alexander W. Resar
Trial Attorney
U.S. Department of Justice

*Counsel for Defendant*