IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| STAR NEWS DIGITAL MEDIA, INC., MICHAEL PATRICK LEAHY, AND MATTHEW D. KITTLE, )<br><br>Plaintiffs, )<br><br>v. )<br><br>FEDERAL BUREAU OF INVESTIGATION, )<br><br>Defendant. ) | Civil No. 3:23-cv-00467<br>Judge Trauger |

## ORDER

Because it appears that *in camera* review will no longer be necessary, the court is returning to the U.S. Attorney's Office for the Middle District of Tennessee the documents submitted for *in camera* review (Doc. No. 43).

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge